PHILLIP A. TALBERT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BRANDON KIPER,<br><br>Defendant. | Case No: 1:14-cr-00137 AWI<br><br>**STIPULATION TO CONTINUE MARCH 13, 2017 SENTENCING HEARING TO APRIL 10, 2017;  ORDER**<br><br>Ctrm:  2<br><br>Hon. Anthony W. Ishii |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brian W. Enos, counsel for the government, and Gary Huss, counsel for Defendant Michael Brandon Kiper ("defendant"), that this action's **Monday, March 13, 2017 sentencing hearing be continued to Monday, April 10, 2017.**  Because this hearing will be contested, the parties request to be placed on the court's April 10, 2017 calendar at 1:30 p.m.

The parties base this stipulation on good cause.  To explain, on December 12, 2016, defendant pleaded guilty in open court to two counts of receipt of child pornography, without a plea agreement. Doc. 35.  At the conclusion of this change of plea hearing, the court set this action's sentencing hearing

1

to take place on March 13, 2017. Id.  By this time, counsel for the government had been notified by the Ninth Circuit that United States v. Daniel Sesan Leitch (9th Cir. Case No. 14-10050), "was being considered for the March 2017 San Francisco oral argument calendar, [although] the exact date of . . . argument has not been determined at this time." 9th Cir. Doc. 46.  Accordingly, at the conclusion of this action's change of plea hearing, counsel for the government advised the court and defense counsel that he was available to attend the March 13, 2017 sentencing hearing, so long as the Ninth Circuit did not schedule oral argument regarding the Leitch appeal on that same date.  This court indicated that it would move sentencing to April 10, 2017, if such a conflict arose.

   On January 4, 2017, counsel for the government was notified by the Ninth Circuit that it indeed calendared oral argument regarding the Leitch appeal on March 13, 2017.  9th Cir. Doc. 49.  Since that date, counsel for the government contacted defense counsel, who indicated that he was indeed available to attend sentencing on April 10, 2017.   In light of the above, the parties request the court to endorse this stipulation by way of formal order.

|  |  |
|---|---|
|  | PHILLIP A. TALBERT<br>United States Attorney |
| Dated: January 18, 2017 | By: Brian W. Enos<br>BRIAN W. ENOS<br>Assistant U.S. Attorney |
|  | (As auth. 1/18/17) |
| Dated: January 18, 2017 | /s/ Gary Huss<br>GARY HUSS<br>Attorney for Defendant |

**ORDER**

IT IS SO ORDERED.

Dated:   January 18, 2017          _____
                                    SENIOR  DISTRICT  JUDGE

2